■ NORMA C. MELILLO, Appellant, v. ARTHUR W. MELILLO, Respondent. — Appeal from so much of a judgment granting a separation to appellant as awards custody of the child of the marriage to respondent. Judgment insofar as appealed from unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.